FILED BY _MP_ D.C.

APR 03 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Case Number:_____

E. Genao
_____
(Write the full name of the plaintiff)

vs. E. Genao, E. Diaz
V. Diaz
_____
_____
_____
(Write the full name of the defendant/s in this case)

COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

I. Party Information

A. Plaintiff: E Genao
   Address: 237 4/27 St Apt/yr
   Inmate/Prison No.: Not Applicable
   Year of Birth: 1985 (Do not include day or month, pursuant to Fed. R. Civ. P 5.2)

   (Write your name, address and prison/inmate number, if applicable)

vs.

B. Defendant: Edwin Genao      Defendant: E Diaz
   Official Position: Acct(CPA)   Official Position: TSA
   Place of Employment:_____  Place of Employment:_____

   (Write the full name of each defendant, official position and place of employment. Attach a separate page if you need additional space for additional defendants.)

cat/div 550
Case #_____
Judge_____ Mag. Reid
Motn Ifp _yes_ Fee pd $ _no_
Receipt # _0_

## II. Statement of Claim

Briefly describe the facts of your case. Describe how each defendant is involved, names of other persons involved, and dates and places. Each claim should be stated in a separately numbered paragraph. Please use short and plain statements, with separately numbered paragraphs indicating why the relief requested should be granted. Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

Please See Supporting Document for Full Review

## III. Relief Requested

Briefly state what you are requesting from the Court (what do you want the Court to do). Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

Full restitution for Statutes and Codes Violations on our complaint Form

_____

_____

### IV. Jury Demand

Are you demanding a jury trial?  X Yes    X No

Signed this _____ day of _____, 20____

_____
Signature of Plaintiff

I declare under penalty of perjury that the foregoing is truce and correct.

Executed on: 3/9/20

_____
Signature of Plaintiff